FEDERAL MEDIATION PROGRAM
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

MEDIATOR'S REPORT TO THE COURT

MEDIATOR: William A. Simms
Arnett, Draper & Hagood, 2300 First TN Plaza
Knoxville, TN 37929; (865) 546-7000

CASE NAME & NUMBER: Adrienne D. Hailey, et al. v. Anderson County, Tennessee, et al. No. 3:15-cv-280

Local Rule 16.4(m) requires that mediators file this report with the clerk within five (5) days of each mediation conference. Please answer the questions set out below and file this form electronically in CM/ECF using the Report of Mediation event (located under "ADR Documents"). If you are not a CM/ECF User, please file the form in the clerk's office in the division in which the case is pending. If multiple mediation conferences[1] occur, file a form after each conference within five (5) days of the conference.

1. Did all parties, party representatives and/or claims professionals meet the attendance authority to negotiate requirements of L.R. 16.4(l)?

    ____✔____ Yes    _____ No[2]

2. Did the case settle?*

    ____✔____ Yes    _____ No

    (*Contingent upon further discussions to confirm the finality and acceptance of mediation settlement arrived at during 09/02/16 mediation)

3. Is mediation to be conducted at a later date?*

    ____✔____ Yes    _____ No

    (*The parties adjourned and agreed to continue discussions)

4. Was mediation terminated without settlement?*

    ____✔____ Yes    _____ No

    (*Mediation adjourned 09/02/16 and parties continued to negotiate and reached a complete settlement on 09/06/16)

_____
Signature of Certified Mediator

Date: 09/09/16

(Rev. 6/06)

---

[1] A mediation conference which continues over multiple days is considered one conference for purposes of this reporting requirement. Send in separate reports only when the conference is recessed for a week or more.

[2] If you answer "no," the clerk will forward a copy of this report to a Magistrate Judge not assigned to the case who will contact you to investigate the problem.