# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| ADRIANNE D. HAILEY, ) | |
| ) | Case No. 3:15-CV-280 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge H. Bruce Guyton |
| ANDERSON COUNTY, TENNESSEE, *et al*, ) ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

On September 9, 2016, Mediator William A. Simms filed a report indicating that the parties in this case engaged in mediation, and that the parties settled the case "[c]ontingent upon further discussions to confirm the finality and acceptance of mediation settlement arrived at during [the] 09/02/16 mediation." (Doc. 61.) The report further represents that "[m]ediation adjourned [on] 09/02/16 and [the] parties continued to negotiate and reached a complete settlement on 09/06/16." (*Id.*)

The parties are hereby **ORDERED** to file a status report to the Court on or before **December 2, 2016**, specifying whether the parties have fully resolved this matter. If the parties have entered a settlement agreement that fully resolves this matter, the status report should identify when the parties intend to file a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

*/s/ Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**