IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ADRIANNE D. HAILEY, Guardian of
E. S., a minor and R. S., a minor,
the Legal Beneficiaries of
CHRISTOPHER SULLIVAN, Deceased,

    Plaintiffs,

v.                                                                  Case No: 3:15-cv-280
                                                                          JURY DEMANDED
ANDERSON COUNTY, TENNESSEE;
ADVANCED CORRECTIONAL HEALTHCARE, INC.;
BILLY JOE BROCKMAN, Individually and as an Employee
or Agent of Anderson County, TN and/or
Advanced Correctional Healthcare, Inc.;
JEREMIAH J. WOOD, Individually and as an Employee
or Agent of Anderson County, TN;
JOHN DOES, I-X, Individually and as Employees
or Agents of Anderson County, TN and/or
Advanced Correctional Healthcare, Inc.;

    Defendants.

## STATUS REPORT

The Parties submit the following report of the status of this case

The Parties participated in two (2) mediations in this matter. Both were conducted by William A. Simms, Arnett, Draper and Hagood, Knoxville Tennessee. The first was held on July 27, 2016 and was attended by the Plaintiff, Adrienne D. Hailey, Guardian of E.S., a minor and R.S., a minor, the legal beneficiaries of Christopher Sullivan (Hailey)[1] and Defendants Advanced Correctional Healthcare, Inc. (ACH) and Billy Joe Brockman (Brockman). Hailey and her counsel attended; ACH attended through its counsel and Brockman attended through a representative of his insurance company. The mediation resulted in a settlement of all issues between these Parties. The second mediation was held on September 2, 2016. It was attended by Hailey and her counsel,

---

[1] The deceased was the father of E.S. and R.S.; Hailey is their mother. She and the deceased were not married.

1

representatives of Defendant Anderson County, Tennessee (Anderson County) and counsel for Anderson County and Jeremiah Wood (Wood).  A settlement was not reached on the day of the mediation but the Parties continued to negotiate and on September 6, 2016 these Parties reached a settlement of all issues between them.

Prior to the mediation, Hailey opened an estate for Christopher Sullivan, deceased, in Blount County, Tennessee.  Following the settlement, Hailey retained counsel in Blount County, Tennessee and filed a Petition to Appoint Ms. Haley as the Guardian of the minor children, E.S. and R.S.  Pursuant to the Petition, on November 29, 2016, the Probate Court appointed Hailey as Guardian of E.S. (P-02188) and R.S. (P-02188), appointed Sherry Petrowski as Standby Guardian, waived the requirements for bond and accounting, and approved the property management plan submitted with the Petition to receive the settlements.  These documents have been sent to counsel for the Defendants on November 30, 2016.  Counsel for all parties have agreed that the attached guardianship papers are sufficient to finalize the settlement.

Therefore, the parties announce that all matters between them have been resolved and the parties expect to finalize all of the required settlement paperwork in the immediate future.  Once this has been accomplished, the Parties will submit an Agreed Order of Dismissal.

Respectfully submitted,

CAVETT & ABBOTT, PLLC

*/s/ John C. Cavett, Jr.*
John C. Cavett, Jr., TN BPR # 09388
801 Broad Street, Suite 428
Chattanooga, TN 37402
(423) 265-8804 (office)
(423) 267-5915 (fax)
jcavett@cavettandabbott.com
LAW OFFICE OF ANDREW C. CLARKE

*/s/ Andrew C. Clarke*
Andrew C. Clarke, TN BPR # 15409
6250 Poplar Avenue, Second Floor
Memphis, Tennessee 38119
(901) 590-0761 (office)
(901) 590-0779 (fax)
aclarke@accfirm.com

CERTIFICATE OF SERVICE

I, Andrew C. Clarke, do hereby certify that I have this date served the following with a copy of **PLAINTIFF'S STATUS REPORT PURSUANT TO FED. R. CIV. P. 26(a)(1) via e-mail**:

Arthur Knight - aknight@taylorknightlaw.com
800 Gay Street, Suite 600
Knoxville, Tennessee 37929

Robert Burns – rburns@howell-fisher.com
Court Square Building
300 James Robertson Parkway
Nashville, Tennessee 37201

Daniel Swanson – dswanson@latlaw.com
607 Market Street, Suite 900
Knoxville, Tennessee 37902

THIS, the 2ND day of December, 2016.

CAVETT & ABBOTT, PLLC

*/s/ John C. Cavett, Jr.*
John C. Cavett, Jr., TN BPR # 09388