# IN THE PROBATE COURT OF BLOUNT COUNTY, TENNESSEE

| IN THE MATTER OF | ) |
|---|---|
| THE GUARDIANSHIP OF: | ) |
| | ) |
| RYLAN FORREST SULLIVAN (DOB: 3-27-13) | ) No. P-02189 |
| Respondent, a minor. | ) |
| | ) |
| BY: ADRIENNE D. HAILEY, Petitioner. | ) |

FILED
BLOUNT COUNTY
NOV 29 2016
9:39 am
STEPHEN S. OGLE
CLERK & MASTER

## ORDER APPOINTING GUARDIAN

This cause came to be heard on the 29th day of November, 2016, before the Honorable Michael Gallegos, Judge of the Probate Court of Blount County, Tennessee, upon the Petition for Appointment of Guardian pursuant to Tenn. Code Ann. § 34-1-101, *et seq.*, testimony of Petitioner; statement of counsel; and the entire record, from all of which the Court finds the following:

1. The minor Respondent is a resident of Blount County, Tennessee. The Petitioner is the Respondent's closest relative and is the person having care and custody of the Respondent and the person with whom the Respondent is living.

2. The Respondent, Rylan Forrest Sullivan, was born on March 27, 2013, and is three (3) years of age.

3. The Respondent is a minor, is entitled to property requiring supervision, and should have a guardian appointed to manage, guide, and direct him and his property.

4. The Petition is well taken, and a Guardian of the person and property of the Respondent should be appointed.

5. Adrienne D. Hailey, the Respondent's mother, is a fit and proper person to be named Guardian of the person and the estate of Rylan Forrest Sullivan.

6. That it is in the best interest of the Respondent for Adrienne D. Hailey to be named as the Guardian for Rylan Forrest Sullivan.

7. That it is in the best interest of the Respondent for Sherry Petrowski to be named as the Standby Guardian for Rylan Forrest Sullivan.

8. The proposed Guardian has filed as part of her Petition for Appointment of Guardian a property management plan as required by law. The property management plan proposed by the Guardian is reasonable and should help protect the property of the Respondent and provide for his care.

9. Upon receipt of the funds of the minor Respondent by the Petitioner, the Petitioner shall enter into an agreement with First Tennessee Bank in which First Tennessee Bank agrees it will not permit the Petitioner to withdraw the principal of the funds in the savings account without court approval, and the form of this agreement, attached hereto, is hereby approved.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED BY THE COURT as follows:

1. The Respondent is not old enough or fully able to manage the affairs of his person and estate and is in need of a Guardian to make provisions for him.

2. Adrienne D. Hailey is hereby named Guardian of the person and estate of Rylan Forrest Sullivan, and Letters of Guardianship shall be issued to evidence this appointment.

3. The Guardian shall take an oath, administered by the Clerk of this Court, for the faithful performance of her duties.

4. Sherry Petrowski is hereby named Standby Guardian of Rylan Forrest Sullivan, with the same powers, responsibilities and obligations of the Guardian during any period when the Standby Guardian is authorized to be acting; however, the Standby Guardian shall have no authority to act without another order of this Court specifically authorizing the Standby Guardian to act.

5. Pursuant to Tenn. Code Ann. Sec. 34-1-105, the requirement of bond is excused.

6. Pursuant to Tenn. Code Ann. Sec. 34-1-111(i), the requirement of annual accountings is excused.

7. The property management plan filed by the Guardian as part of the Petition for Appointment of Guardian is incorporated into this Order by this reference and is approved, as modified by this Order.

8. Subject to and in accordance with the terms of this Order and the property management plan, as modified by this Order, the Petitioner shall be permitted to deposit $10,000.00 of the Respondent's funds, after payment of approved expenditures for attorney's fees and costs, into a checking account from which she shall be permitted to apply such funds as necessary to the usual monthly expenses and needs of the Respondent. The remainder of the funds available for the Respondent shall be deposited into a federally-insured savings account with First Tennessee Bank, N.A., subject to the proposed Agreement between the Guardian and First Tennessee Bank, the form of which is attached to this Order and is approved.

9. The Guardian is authorized to apply the entire fixed social security periodic payment to the needs of the minor.

10. The Guardian shall not sell, transfer, or encumber any property of the Respondent or spend the Respondent's income or assets except as authorized by the property management plan and Tenn. Code Ann. § 34-1-116 or as otherwise approved by the Court. The Guardian shall not sell any property over $1,000.00 in value without court approval.

11. The costs of these proceedings are taxed against the estate of the Respondent, for which execution may issue if necessary.

12. The attorney fee of Amy E. Burroughs in the amount of $660.00 and reimbursement of expenses incurred by Costner & Greene, Attorneys in the amount of $230.00 are approved.

Entered this 29th day of November, 2016.

_____
MICHAEL GALLEGOS, JUDGE

APPROVED FOR ENTRY:

By: _____
Amy E. Burroughs (#019368)
COSTNER & GREENE, ATTORNEYS
315 High Street
Maryville, Tennessee 37804
(865) 983-7642
*Attorney for Petitioner*

4

# IN THE PROBATE COURT OF BLOUNT COUNTY, TENNESSEE

IN RE: GUARDIANSHIP OF

RYLAN FORREST SULLIVAN           NO. P-02189

---

### AGREEMENT TO PLACE LEGAL HOLD ON FIDUCIARY ACCOUNT

---

In order to waive the requirement of the fiduciary's bond and annual accounting under the provisions of T.C.A. §34-1-105, §34-1-111 and/or §35-50-111, the undersigned fiduciary agrees not to withdraw any amounts from the account identified herein without express Court approval, and the undersigned financial institution agrees that it will not allow any withdrawal from said account without express Court approval.

Account Name: _____

Account No.: _____

Agreed and entered into this _____ day of _____, _____.

FIRST TENNESSEE BANK
  NATIONAL ASSOCIATION

BY: _____      **Adrienne D. Hailey**
    SIGNATURE                 NAME OF FIDUCIARY (type or print)

_____      *[signature]*
NAME & TITLE OF BANK        SIGNATURE OF FIDUCIARY
REPRESENTATIVE

This Agreement is approved this 29th day of November, 2016.

_____
JUDGE

(INSTRUCTIONS FOR BANK EMPLOYEES: PLACE LEGAL HOLD ON ACCOUNT, PROVIDE SIGNED ORIGINAL AGREEMENT TO CUSTOMER (FIDUCIARY), AND SEND DUPLICATE ORIGINAL OF SIGNED AGREEMENT TO ACCOUNT RECORDS. A THIRD COPY MAY BE RETAINED IN THE BRANCH IF DESIRED.)

Doc. 22353v2