# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| ADRIANNE D. HAILEY, ) | |
| ) | Case No. 3:15-CV-280 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge H. Bruce Guyton |
| ANDERSON COUNTY, TENNESSEE, *et al*, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

On September 9, 2016, Mediator William A. Simms filed a report indicating that the parties in this case engaged in mediation, and that the parties settled the case "[c]ontingent upon further discussions to confirm the finality and acceptance of mediation settlement arrived at during [the] 09/02/16 mediation." (Doc. 61.) The report further represents that "[m]ediation adjourned [on] 09/02/16 and [the] parties continued to negotiate and reached a complete settlement on 09/06/16." (*Id.*)

On December 2, 2016, the parties filed a status report, stating that "all matters between them have been resolved." (Doc. 63, at 2.) The parties further represented that they would submit an agreed order of dismissal once all settlement paperwork was finalized, which they expected to occur in the "immediate future." (*Id.*) To date, the parties have not filed an agreed order of dismissal.

The parties are hereby **ORDERED** to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) no later than **February 13, 2017**. The parties are **ON**

**NOTICE** that failure to file a stipulation of dismissal on or before the date specified in this Order will result in the Court dismissing this action with prejudice pursuant to Rule 41(b) and Local Rule 68.1.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**