# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| ADRIANNE D. HAILEY, Guardian of ELIJAH SULLIVAN, a minor and RYAN SULLIVAN, a minor, the Legal Beneficiaries of CHRISTOPHER SULLIVAN, deceased<br><br>    Plaintiff,<br><br>v.<br><br>ANDERSON COUNTY, TENNESSEE, ADVANCED CORRECTIONAL HEALTHCARE, INC., BILLY JOE BROCKMAN, JEREMIAH J. WOOD, and JOHN DOES, I-X,<br><br>    Defendants. | No. 3:15-cv-00280<br>(VARLAN/GUYTON)<br>**JURY DEMANDED** |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff and Defendants, by and through counsel, and stipulate to the court that all matters and controversies between them have been resolved and that the above captioned matter should be dismissed with prejudice. The parties further stipulate that each shall bear its own discretionary costs, fees and expenses.

        PLAINTIFF

By:    /s/ John C. Cavett
       John C. Cavett, Jr., TN BPR # 09388
       CAVETT & ABBOTT, PLLC
       801 Broad Street, Suite 428
       Chattanooga, TN 37402
       (423) 265-8804 (office)
       (423) 267-5915 (fax)
       jcavett@cavettandabbott.com

and

Andrew C. Clarke, TN BPR # 15409
LAW OFFICE OF ANDREW C. CLARKE

6250 Poplar Avenue, Second Floor
Memphis, Tennessee 38119
(901) 590-0761 (office)
(901) 590-0779 (fax)
aclarke@accfirm.com

DEFENDANTS ANDERSON COUNTY, TN and JEREMIAH J. WOOD

By: /s/ Arthur F. Knight, III by "JC" w/permission
Arthur F. Knight, III (BPR No. 016178)
Jonathan Swann Taylor (BPR No. 025094)
TAYLOR & KNIGHT, GP
800 South Gay St., Suite 600
Knoxville, TN 37929
Phone: (865) 971-1701
ewagner@taylorknightlaw.com

DEFENDANT ADVANCED CORRECTIONAL HEALTHCARE, INC.

By: /s/ Daniel T. Swanson by "JC" w/permission
Heidi A. Barcus (BPR No. 015981)
Daniel T. Swanson (BPR No. 023051)
LONDON & AMBURN, P.C.
607 Market Street, Suite 900
Knoxville, TN 37902
Phone: (865) 637-0203
Fax: (865) 637-4850
hbarcus@latlaw.com
dswanson@latlaw.com

DEFENDANT BILLY J. BROCKMAN

By: /s/ Robert M. Burns by "JC" w/permission
Robert M. Burns (BPR No. 015383)
HOWELL & FISCHER, P.L.L.C.
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
Phone: (615) 244-3370
Fax: (615) 921-5211
rburns@howell-fisher.com