# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| ADRIANNE D. HAILEY, Guardian of ELIJAH SULLIVAN, a minor and RYAN SULLIVAN, a minor, the Legal Beneficiaries of CHRISTOPHER SULLIVAN, deceased<br><br>    Plaintiff,<br><br>v.<br><br>ANDERSON COUNTY, TENNESSEE, ADVANCED CORRECTIONAL HEALTHCARE, INC., BILLY JOE BROCKMAN, JEREMIAH J. WOOD, and JOHN DOES, I-X,<br><br>    Defendants. | No. 3:15-cv-00280<br>(VARLAN/GUYTON)<br>**JURY DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff and Defendants, by and through counsel, and stipulate to the court that all matters and controversies between them have been resolved and that the above captioned matter should be dismissed with prejudice. The parties further stipulate that each shall bear its own discretionary costs, fees and expenses.

                                              PLAINTIFF

                          By:       /s/ John C. Cavett
                                John C. Cavett, Jr., TN BPR # 09388
                                CAVETT & ABBOTT, PLLC
                                801 Broad Street, Suite 428
                                Chattanooga, TN 37402
                                (423) 265-8804 (office)
                                (423) 267-5915 (fax)
                                jcavett@cavettandabbott.com

                                /s/ Andrew C. Clarke
                                Andrew C. Clarke, TN BPR # 15409
                                LAW OFFICE OF ANDREW C. CLARKE

6250 Poplar Avenue, Second Floor
Memphis, Tennessee 38119
(901) 590-0761 (office)
(901) 590-0779 (fax)
aclarke@accfirm.com

DEFENDANTS ANDERSON COUNTY, TN and JEREMIAH J. WOOD

By: /s/ Arthur F. Knight, III
Arthur F. Knight, III (BPR No. 016178)
Jonathan Swann Taylor (BPR No. 025094)
TAYLOR & KNIGHT, GP
800 South Gay St., Suite 600
Knoxville, TN 37929
Phone: (865) 971-1701
ewagner@taylorknightlaw.com

DEFENDANT ADVANCED CORRECTIONAL HEALTHCARE, INC.

By: /s/ Daniel T. Swanson
Heidi A. Barcus (BPR No. 015981)
Daniel T. Swanson (BPR No. 023051)
LONDON & AMBURN, P.C.
607 Market Street, Suite 900
Knoxville, TN 37902
Phone: (865) 637-0203
Fax: (865) 637-4850
hbarcus@latlaw.com
dswanson@latlaw.com

DEFENDANT BILLY J. BROCKMAN

By: /s/ Robert M. Burns
Robert M. Burns (BPR No. 015383)
HOWELL & FISCHER, P.L.L.C.
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
Phone: (615) 244-3370
Fax: (615) 921-5211
rburns@howell-fisher.com